UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20766-CIV-SEITZ/MCALILEY

LISA BURKE-THOMPSON,

    Plaintiff,

v.

BAPTIST HEALTH SOUTH FLORIDA, INC.,
*et al.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE'S REPORT

THIS MATTER is before the Court on the Report and Recommendation [DE-110] of Magistrate Judge O'Sullivan recommending that Defendants' Renewed Motion for Taxation of Costs [DE-101] be granted. Plaintiff's "Objections" to the Report and Recommendation consist of an accounting of Plaintiff's costs and fees incurred in this matter. Plaintiff has not objected to any of the findings of the Report and Recommendation. Thus, having carefully reviewed, *de novo*, Magistrate Judge O'Sullivan's thorough Report and Recommendation and the record, it is hereby

    ORDERED that

    1) The Report and Recommendation [DE-110] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order.

    2) Defendants' Renewed Motion for Taxation of Costs [DE-101] is GRANTED.

    DONE and ORDERED in Miami, Florida, this 31st day of October, 2008.

                                                PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record

       Lisa Burke-Thompson, *pro se*
       11381 S.W. 176th Street
       Miami, FL 33157